EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crime Section

MATTHEW J. RINKA
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone: (808) 440-9248
Facsimile: (808) 541-2958
E-Mail: Matthew.Rinka@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 3 0 2003

at 10 o'clock and 35 min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. § 2244(a)(1)] |
| ) | |
| MICHAEL J. PCOLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### INDICTMENT

#### COUNT 1

The Grand Jury charges that:

That, on or about June 30, 2003, defendant Michael J. PCOLA did, at Naval Station Pearl Harbor, a place within the special maritime and territorial jurisdiction of the United States and in the District of Hawaii, knowingly engage in and cause sexual contact with Judy L. Steele, by using force against

her, to wit: wrapping his arms tightly around her and thrusting his groin into her body with the intent to abuse, humiliate, harass, degrade, and arouse and gratify his own sexual desire.

All in violation of Title 18, United States Code, Section 2244(a)(1).

## COUNT 2

The Grand Jury further charges that:

And that on or about July 17, 2003, defendant Michael J. PCOLA did, at Naval Station Pearl Harbor, a place within the special maritime and territorial jurisdiction of the United States and in the District of Hawaii, knowingly engage in and cause sexual contact with Tracy Dennis, by using force against

//
//
//
//
//
//
//
//
//
//
//
//
//

her, to wit: pulling open her shirt and touching and exposing her breasts with the intent to abuse, humiliate, harass, degrade, and arouse and gratify his own sexual desire.

All in violation of Title 18, United States Code, Section 2244(a)(1).

DATED: _July 30_, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MATTHEW J. RINKA
Special Assistant U.S. Attorney

UNITED STATES v. MICHAEL J. PCOLA
CR. NO.
INDICTMENT