EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MATTHEW J. RINKA
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Matthew.Rinka@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
DEC 3 1 2003 2:07pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2004

at 8 o'clock and 40 min. A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00375 HG |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| MICHAEL J. PCOLA, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant MICHAEL J. PCOLA, without prejudice, on the ground that he pled guilty to a misdemeanor information on November 21, 2003, and the Court has sentenced the Defendant to a satisfactory punishment under the circumstances of the case.

The defendant is not in custody on the dismissed charges contained in the Indictment.

DATED:  Honolulu, Hawaii, _____JAN 0 2 2004_____.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Matthew J. Rinka
MATTHEW J. RINKA
Special Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
_____
UNITED STATES DISTRICT JUDGE

UNITED STATES v. MICHAEL J. PCOLA
Cr. No. 03-00375 HG
"Order for Dismissal"

2